# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DUGAS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>STARWOOD HOTELS & RESORTS WORLDWIDE, INC., a Maryland Corporation; HST LESSEE SAN DIEGO, LP, a Delaware Limited Partnership; HST GP SAN DIEGO, LLC, a Delaware Limited Liability Company<br>　　　　　Defendants. | Case No. 3:16-CV-00014-GPC-BLM<br><br>**ORDER** |

　　　Having read the forgoing motion, it is hereby ordered that the above entitled case be dismissed with prejudice as to all parties with a waiver of all fees and costs.

**IT IS SO ORDERED.**

Dated: July 11, 2017

　　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　　United States District Judge